ARTHUR F. MAHLER, PLAINTIFF-APPELLANT, v. THE BOARD OF ADJUSTMENT OF THE BOROUGH OF FAIR LAWN AND THE BOROUGH OF FAIR LAWN, DEFENDANTS-RESPONDENTS.

Argued November 17, 1969—Decided December 1, 1969.

*Mr. James A. Major* argued the cause for the appellant (*Messrs. Major & Major,* attorneys).

*Mr. Robert L. Garibaldi* argued the cause for the respondents (*Mr. Floyd V. Amoresano,* attorney).

PER CURIAM. The judgment is affirmed for the reasons expressed in the majority opinion of Judge Conford in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—NONE.